Tuesday,
December 20.

Thompson *v.* Reeves and Others.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—The judgment in this case is affirmed for the reasons given in *Harvey* v. *Dakin*, 12 Ind. R. 481, the questions arising in the record of each case being similar.

The judgment is affirmed with 5 per cent. damages and costs.

*J. Green*, for the appellant.

*J. A. Lewis*, for the appellees.